IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

KENNY RICHARD FORD,

    Plaintiff,

v.                                         CIVIL ACTION NO.: CV511-023

Warden GOODRICH; COFFEE
CORRECTIONAL FACILITY
CORRECTION CORPORATIONS
OF AMERICA; MEDICAL STAFF
OF C.C.A.; P. COOPER, Assistant
Warden; and AMBER SAND, R.N.,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections, as supplemented, have been filed. Plaintiff also filed a two-part Amended Complaint. Plaintiff's Objections reveal that he seeks to hold Defendant Sand liable based on his disagreement with the level of medical care he received for his injured hand, and that Plaintiff seeks to hold Defendants Cooper and Goodrich liable for failing to respond to his grievances in a timely manner. These assertions are echoed in Plaintiff's Amended Complaint and serve to show that Plaintiff fails to state a claim for relief pursuant to 42 U.S.C. § 1983 against these Defendants. Additionally, Plaintiff wishes to have three (3) additional people named as Defendants in this case. However, Plaintiff fails to state a claim against the Medical Director ("D. Moore"), as it is apparent Plaintiff seeks to hold

AO 72A
Rev. 8/82)

D. Moore liable based on a supervisory position. As the Magistrate Judge noted, a supervisor's liability must be based on something more than respondeat superior. (Doc. No. 8, p. 3). Finally, Plaintiff seeks to add "R. Williams" and Case Manager Harris as Defendants based on his contention that his access to the grievance process and his legal mail have been compromised. These claims are not related to Plaintiff's original claim—that staff were deliberately indifferent to a serious medical need. The Court will not permit the joinder of unrelated claims. FED. R. CIV. P. 20(a) (a plaintiff may not join unrelated claims and various defendants unless the claims "arise out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action."). Plaintiff may submit separate Complaints for these unrelated claims.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** due to his failure to state a claim for relief pursuant to 42 U.S.C. § 1983. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 29 day of November, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

2